**Ryan C. BRIDGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 76900**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 28, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
November 25, 2014

Application for Transfer Denied
February 3, 2015

Ryan C. Bridger, Charleston, MO, Appellant, pro se,

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

**Order**

Per Curiam:

Ryan Bridger appeals, following an evidentiary hearing, the denial of his Rule 24.035 motion for post-conviction relief. Bridger claims that plea counsel was ineffective in that he: (1) manipulated Bridger to plead guilty by calling Bridger names and shaking his head during the plea hearing; (2) had an actual conflict of interest in that the second-chair counsel (had Bridger's case gone to trial) represented a material witness against Bridger in another matter; and (3) allowed Bridger to plead guilty without first ensuring that Bridger had taken prescription psychiatric medication. Because none of his claims have merit, we affirm the motion court's denial of Bridger's Rule 24.035 motion. Rule 84.16(b).